IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA                    24-CR-6031 EAW

                                            **INFORMATION**
                    -vs-                     (Felony)

SHONICQUE McCLOUD,                          **Violation:**
                    Defendant.              18 U.S.C. §666(a)(1)(A)

---

## COUNT 1

**The United States Attorney Charges That:**

Beginning in or around 2020 through and including in or around March 2022, in the Western District of New York, the defendant, SHONICQUE McCLOUD, being an agent of the Urban League of Rochester, an organization that received in each of the one-year periods beginning January 1, 2020, January 1, 2021, and January 1, 2022, benefits in excess of $10,000 under a Federal program involving a grant, contract, subsidy, loan, guarantee, insurance, or other form of Federal assistance, did embezzle, steal, obtain by fraud, and without authority knowingly convert to the use of herself and other persons not the rightful owner, and intentionally misapply, property valued at $5,000 or more owned by and under the care, custody, and control of the Urban League of Rochester.

**All in violation of Title 18, United States Code, Section 666(a)(1)(A).**

Dated: Rochester, New York, April 25, 2024.

                              TRINI E. ROSS
                              United States Attorney

                    BY:    _____
                              NICHOLAS M. TESTANI
                              Assistant United States Attorney
                              United States Attorney's Office
                              Western District of New York
                              100 State Street, Suite 500
                              Rochester, New York 14614
                              585-399-3986
                              Nicholas.Testani@usdoj.gov

2